UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CHAVEZ, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>MARRIOTT HOTELS & RESORTS, and JIMMY ROMANO, an individual, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: CV12-6262-DMG (Ex)<br><br>**ORDER OF DISMISSAL** [31] |

Pursuant to the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice. The parties shall bear their own fees and costs.

DATED:  October 29, 2013

                                                 /s/ Dolly M. Gee
                                         DOLLY M. GEE
                                         UNITED STATES DISTRICT JUDGE

4836-4457-6790, v. 1